UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EDILBERTO RUIZ, on behalf of himself, FLSA :
Collective Plaintiffs, and the Class, :
:
                         Plaintiff, :        25-CV-5777 (JMF)
:
     -v- :        ORDER
:
GREEN 70 LLC D/B/A GREEN KITCHEN et al, :
:
                     Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 16, 2025, the Court referred this case to Magistrate Judge Aaron for settlement purposes. *See* ECF No. 8. It is hereby ORDERED that the reference is WITHDRAWN. The Clerk of Court is directed to terminate ECF No. 10.

      SO ORDERED.

Dated: September 10, 2025
       New York, New York
                                                    JESSE M. FURMAN
                                           United States District Judge