UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
EDILBERTO RUIZ, *on behalf of himself, FLSA* :
*Collective Plaintiffs, and the Class,* :
:
                          Plaintiffs,       :            25-CV-5777 (JMF)
:
         -v-                           :              ORDER
:
GREEN 70 LLC et al, :
:
                         Defendants.   :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 15, 2025, Plaintiff sent Defendants a request to waive service of a summons in this action, which Defendants returned executed. *See* ECF No. 5. Defendants were required to file and serve an answer no later than 60 days thereafter. To date, Defendants have not filed a response to Plaintiff's Complaint. As a courtesy, the answer deadline is hereby EXTENDED, *nunc pro tunc*, to **September 23, 2025.** Failure to timely respond to the Complaint (or to seek an extension by the deadline) may result in the entry of a default judgment against Defendants.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: September 16, 2025
      New York, New York                                JESSE M. FURMAN
                                        United States District Judge