# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
                    cklee@leelitigation.com

**Via ECF**                                                   January 15, 2026

The Honorable Judge Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

                    Re:    *Ruiz v. Green 70 LLC et al*
                           Case No.: 1:25-cv-05777-JMF

Dear Judge Furman:

        We are counsel to Plaintiff in the above-referenced matter and write jointly with Defendants, pursuant to the Court's Orders dated October 23, 2025 (Dkt. 20) and January 12, 2026 (Dkt. 31), in advance of the status conference scheduled for January 22, 2026.

(1)    A statement indicating whether the parties believe they can do without the pretrial conference altogether. If not, the Court will hold the pretrial conference, albeit perhaps at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for the teleconference;

        The parties believe a conference is necessary in light of ongoing discovery disputes and to address the briefing schedule for Plaintiff's anticipated Rule 23 class certification motion.

        Plaintiff is available on January 21 (9:30 a.m. – 4:30 p.m.), January 22 (12:00 p.m. – 1:00 p.m.), January 23 (9:30 a.m. – 4:30 p.m.).

        Defendants are available on all the dates and times Plaintiff proposed, so long as the conference is telephonic.

(2)    A statement of all existing deadlines, due dates, and/or cut-off dates

        Fact discovery is currently scheduled to close on October 23, 2026. The deadline for Plaintiff's Rule 23 class certification motion is not set yet. The parties propose the deadline for Plaintiff to file the Rule 23 class certification motion be 45 days after all the discovery disputes are resolved.

(3)    A brief description of any outstanding motions

        Plaintiff's motion for conditional collective action certification is fully briefed and pending before the Court. On January 15, 2026, Plaintiff filed a motion for 37.2 conference, which is pending before the Court.

1

# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
INFO@LEELITIGATION.COM

(4)     A brief description of the status of discovery and of any additional discovery that needs to be completed

Plaintiff has served his first request for production of documents and first set of interrogatories. Defendants have responded to Plaintiff's requests. However, Plaintiff believes that Defendants' responses are deficient, and Plaintiff has raised the deficiencies with the Court. The parties are working on deposition scheduling.

(5)     A list of all prior settlement discussions, including the date, the parties involved, whether any third-party (e.g., Magistrate Judge, mediator, etc.) was involved, and the approximate duration of such discussions, if any

The parties have engaged in multiple settlement discussions, including but not limited to the discussion on August 26, 2025 and January 15, 2026, but were unable to reach a resolution.

(6)     A statement of whether or how the Court could facilitate settlement of the case (for example, through another settlement conference before the assigned Magistrate Judge or as part of the Court's Mediation Program)

While the parties are still exploring the possibility of private mediation, the parties will keep litigating this matter. At this time, the parties believe a settlement conference or referral to a Magistrate Judge is not necessary.

(7)     A statement of the anticipated length of trial and whether the case is to be tried to a jury

The parties estimate the trail to be 2-3 days. The case shall be tried to a jury.

(8)     A statement of whether the parties anticipate filing motions for summary judgment

Plaintiff anticipates filing the motion for summary judgment after all the discovery disputes are resolved.

(9)     Any other issue that the parties would like to address at the pretrial conference or any information that the parties believe may assist the Court in advancing the case to settlement or trial

Plaintiff respectfully requests the Court to address the discovery disputes (Dkt. 32) in the conference.

We thank the Court for its time and consideration.

Respectfully submitted,

The pretrial conference scheduled for January 22, 2026 shall be held but is hereby RESCHEDULED for **January 29, 2026 at 3:30 p.m**.  The call-in information remains the same.

By: */s/ C.K. Lee*
    C.K. Lee, Esq.
cc: all parties via ECF

SO ORDERED.

January 15, 2026

2