UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                 :

EDILBERTO RUIZ, *on behalf of himself, FLSA*   :
*Collective Plaintiffs, and the Class,*         :
                 :
            Plaintiff,      :      25-CV-5777 (JMF)
                 :
       -v-           :      ORDER
                 :
GREEN 70 LLC, *d/b/a Green Kitchen*, et al,  :
                 :
            Defendants.   :
                 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 15, 2026, Plaintiff filed a letter-motion raising several discovery disputes with the Court.  *See* ECF No. 32.  Pursuant to Rule 3(D) of the Court's Individual Practices and its October 23, 2025 Order, *see* ECF No. 20, at 4, Defendants were required to file any opposition to Plaintiff's letter-motion within three business days.  To date, Defendants have not filed any response.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 27, 2026.**  Failure to file any response by that deadline may result in Plaintiff's letter-motion being granted as unopposed.

      SO ORDERED.

Dated: January 22, 2026
      New York, New York           _____
                            JESSE M. FURMAN
                        United States District Judge