UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                               :

EDILBERTO RUIZ, *on behalf of himself, FLSA*
*Collective Plaintiffs, and the Class*,          :

                                Plaintiff,     :          25-CV-5777 (JMF)

                                     :

            -v-                    :             ORDER

                                     :

GREEN 70 LLC, *d/b/a Green Kitchen*, et al,    :

                                   :

                       Defendants.    :

                                     :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- Defendants shall produce initial disclosures and respond to the outstanding discovery requests raised in points I and IV of Plaintiff's discovery dispute letter, *see* ECF No. 32, at 1, 3, **no later than February 13, 2026.**

- The parties shall confer on the class discovery and deposition issues addressed in points II and IV of Plaintiff's letter, *see id.* at 1-3, and promptly raise any disputes with the Court if they are unable to reach agreement.

- To the extent Plaintiff seeks class contact information that exceeds the scope of the collective action, *see id.* at 2-3, that request is DENIED without prejudice to renewal.

- Unless and until the Court orders otherwise, Plaintiff shall file any motion for class certification **no later than March 23, 2026**.  Defendants shall file any opposition **no later than April 13, 2026.**  Plaintiff's reply, if any, shall be filed **no later than April 20, 2026.**

- **No later than the close of the opt-in period,** that is, ninety days after the Notice is sent out, *see* ECF No. 23-1, at 2, the parties shall file a joint status letter on the results of the opt-in and settlement.

      SO ORDERED.

Dated:  February 6, 2026
        New York, New York                        _____
                                            JESSE M. FURMAN
                                        United States District Judge