# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
                      cklee@leelitigation.com

March 17, 2026

**Via ECF**

The Honorable Judge Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

> Re:   *Ruiz v. Green 70 LLC et al*
>       Case No.: 1:25-cv-05777-JMF

Dear Judge Furman:

We are counsel to Plaintiff in the above-referenced matter. We write to request an extension of time to file Plaintiff's motion for class certification, pursuant to the Court's Individual Rules § 2(D).

At the February 6, 2026 conference, the Court set March 23, 2026 as the deadline for Plaintiff's class certification motion, based on the parties' proposed briefing schedule, which had tied that deadline to resolution of all outstanding discovery disputes (Dkt. No. 33). The Court noted that the parties could request an extension if those disputes remained unresolved. Dkt. No. 42.

Discovery disputes remain pending. As reflected in the parties' most recent joint status report, the parties have scheduled a private mediation for April 17, 2026. Dkt. No. 46. Plaintiff respectfully requests that the class certification deadline be extended to May 25, 2026. The requested extension would not affect any other deadline in the case management order.

This is Plaintiff's first request for an extension of the class certification deadline specifically. Defendants have consented to the present request.

We thank the Court for its time and consideration.

Respectfully submitted,

By: */s/ C.K. Lee*
    C.K. Lee, Esq.

cc: all parties via ECF

Application GRANTED on consent. Plaintiff shall file any motion for class certification **no later than May 25, 2026**. Defendants shall file any opposition no later than **June 15, 2026**. Plaintiff's reply, if any, shall be filed no later than **June 22, 2026**. Further extensions are unlikely to be granted absent extraordinary circumstances. The Clerk of Court is directed to terminate ECF No. 48.

SO ORDERED.

March 18, 2026