LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

November 17, 2026

**Via ECF**
The Honorable Judge Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re: *Ruiz v. Green 70 LLC et al*
Case No.: 1:25-cv-05777-JMF

Dear Judge Furman:

**[Jointly Submitted]**

We are counsel to Plaintiff in the above-referenced matter and write to respectfully request that the Court stay fact discovery, which is currently scheduled to close on December 4, 2026, pending the Court's decision on Plaintiff's Motion to Enforce Settlement ("Motion") (ECF Nos. 54, 55, 63). Plaintiff further proposes that, within fourteen (14) days of the Court's decision on the Motion, the parties meet and confer and submit a proposed revised Case Management Plan and Scheduling Order. Defendants consent to this request.

*(The foregoing section is submitted jointly by both parties. The remainder of this letter is submitted by Plaintiff only.)*

**[Submitted by Plaintiff]**

On April 17, 2026, the parties attended a class mediation before Raymond Nardo, Esq. At the conclusion of the mediation, the parties reached agreement on all material terms of a class settlement, and those terms were memorialized in writing that same day. *See* ECF No. 55 at 1–2. Following the mediation, Plaintiff was under the impression that this action had been resolved, and the parties ceased active litigation in reliance on that agreement. *See id.* at 9.

On May 15, 2026, nearly a month after the mediation, Defendants transmitted proposed revisions seeking to modify material terms of the agreed-upon settlement. *See id.* at 3. That same day, Plaintiff requested a briefing schedule for a motion to enforce (ECF No. 50), and on May 29, 2026, Plaintiff filed its Motion to Enforce Settlement (ECF Nos. 54, 55, 63). The Motion has been fully briefed and remains pending.

We thank the Court for its time and consideration.

Respectfully submitted,

By: /s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 64.

SO ORDERED.

November 18, 2026